UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF MISSOURI
EASTERN DIVISION

| | | |
|---|---|---|
| JOSEPH HOFER | ) | |
|     PLAINTIFF | ) | CIVIL ACTION NO.: |
| | ) | |
| VS. | ) | 4:16-cv-1793 |
| | ) | |
| NORTHEAST RECOVERY | ) | |
| SOLUTIONS, LLC | ) | |
|     DEFENDANT. | ) | |

## NOTICE OF VOLUNTARY DISMISSAL

Plaintiff, Joseph Hofer, and Defendant, Northeast Recovery Solutions, LLC, hereby stipulate to dismiss Plaintiff's claims as set forth in his Complaint with prejudice and without costs, pursuant to Fed.R.Civ.P. 41(a)(1)(A)(2).

HEALEY LAW, LLC

/s/ Robert T. Healey
Robert T. Healey     EDMO # 34138MO
640 Cepi Drive, SuiteA
Chesterfield, MO 63005
Email:     bob@healeylawllc.com
Telephone:     (314) 401-3261
Fax:     (636) 590-2882
Counsel for Plaintiff

### CERTIFICATE OF SERVICE

I hereby certify that the foregoing document was filed electronically with the United States District Court for the Eastern District of Missouri this 4th day of October 2017 with notice of case activity generated and sent electronically to all counsel of record.

/s/ Robert T. Healey

*So Ordered*
*John A. Ross*
*10/10/2017*